### 11757. STARKE *v.* THE STATE.

BROYLES, C. J. The record in this case contains no evidence authorizing the defendant's conviction, and the court erred in overruling the motion for a new trial.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 9, 1920.

Accusation of misdemeanor; from city court of Houston county — Judge Riley. July 12, 1920.

The accusation charged Leon Starke with having stolen from R. S. Braswell's storehouse a bolt of homespun cloth. Braswell testified, that at a certain time he had three bolts of yellow homespun in front of his store, that one of them was stolen, and he had never seen it since, and that its value was $20 to $22. Ed Dawson testified: " One night, about the time this homespun was stolen, the defendant, Leon Starke, came to Rogers Brown's store where I was, and called me out and asked me if I wanted to buy a bolt of yellow homespun. I asked him what he wanted for it, and he said $8. I told him I did not have the money. He did not have homespun or any kind of cloth with him. I never did see him with any cloth." The police officer who arrested the defendant testified that Ed Dawson said that the defendant had a bolt of homespun with him when he offered to sell the homespun;

but the officer, when recalled, testified that he did not remember whether Dawson said that the defendant had any cloth with him or not. The defendant, in his statement at the trial, denied that he had stolen the homespun. He said that he knew nothing about it and had never spoken to Lawson about selling him homespun. There was no additional testimony. It was contended on the part of the defendant that the conviction was unauthorized because the evidence failed to show that he ever had the homespun in his possession or was in any way connected with the theft.

*Emmett Houser*, for plaintiff in error.

*Robert E. Brown, solicitor*, contra.